IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JENNIFER SEGRETO, | * |
| Plaintiff, | * |
| v. | Case No.   5:21-cv-00323-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated September 28, 2022, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 28th day of September, 2022.

.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk